UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL C. GRIMMETT,

    Plaintiff,

Case No. 13-cv-13704
Hon. Matthew F. Leitman

v.

DONALD DACE et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order Granting Defendants' Motion to Dismiss and for Summary Judgment, dated July 28, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                DAVID J. WEAVER
                CLERK OF COURT

              By:    s/Holly A. Monda
                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 28, 2014
Detroit, Michigan